IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

February 22, 2011

Lyle W. Cayce
Clerk

No. 08-11098

DIANE G REED, Real party in Interest,

Plaintiff ! Appellee Cross-Appellant

vs.

CITY OF ARLINGTON,

Defendant ! Appellant Cross-Appellee

- - - - -

Appeal from the United States District Court for the
Northern District of Texas

- - - - -

ON PETITION FOR REHEARING EN BANC

(Opinion September 16, 2010, 5 Cir., 2010, ____ F.3d ____)

(February 22, 2011)

BEFORE: JONES, Chief Judge, KING, JOLLY, DAVIS, SMITH, GARZA,
BENAVIDES, STEWART, DENNIS, CLEMENT, PRADO, OWEN, ELROD,
SOUTHWICK and HAYNES, Circuit Judges.[1]

BY THE COURT:

A member of the court having requested a poll on the
petition for rehearing en banc, and a majority of the circuit
judges in regular active service and not disqualified having
voted in favor,

It is ordered that this cause shall be reheard by the court
en banc with oral argument on a date hereafter to be fixed.  The
Clerk will specify a briefing schedule for the filing of
supplemental briefs.

---

[1]Judge Graves did not participate in the poll.